## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **STEPHENI SALZ,** | * | **No. 11-cv-3055-DEO** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | |
| | * | **JOINT STIPULATION** |
| **CASEY'S MARKETING COMPANY,** | * | **OF DISMISSAL** |
| | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

   **COME NOW** the Plaintiff, Stepheni Salz, and the Defendant, Casey's Marketing Company, by and through their respective counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned matter may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.


                                Respectfully Submitted,

                                **SHERINIAN & HASSO LAW FIRM**

                                By  /s/ Melissa C. Hasso
                                Mark D. Sherinian          AT0007173
                                Melissa C. Hasso          AT0009833
                                3737 Woodland Avenue
                                Colony Park Building, Suite 630
                                West Des Moines, IA  50266
                                Telephone (515) 224-2079
                                Facsimile  (515) 224-2321
                                E-mail: sherinianlaw@msn.com
                                E-mail: mhasso@sherinianlaw.com
                                ATTORNEYS FOR PLAINTIFF


                                and

**AHLERS & COONEY, P.C.**

By   /s/  Nathan J. Overberg
Nathan J. Overberg          AT0005932
Amanda G. Wachuta          AT0008250
100 Court Ave., Suite 600
Des Moines, Iowa 50309-2231
Telephone:  (515) 243-7611
Facsimile:  (515) 243-2149
E-mail: noverberg@ahlerslaw.com
E-mail: awachuta@ahlerslaw.com
ATTORNEYS FOR DEFENDANT